# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHRISTOPHER EBERBACH,**

    **Plaintiff,**

v.                                          Case No: 6:23-cv-393-PGB-EJK

**NATIONAL SPECIALTY INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER

This case is before the Court upon review of the file. On March 28, 2023, the Court entered an Order to Show Cause for Plaintiff's failure to file a Notice of Pendency of Other Actions and Certificate of Interested Persons. (Doc. 10). Plaintiff was warned that failure to comply with the Order may result in dismissal of the case without further notice. Plaintiff has failed to comply, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 19, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record